# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Savannah Division

FILED U.S. DISTRICT COURT AUGUSTA DIV. 2015 OCT 22 AM 9:07 CLERK SO. DIST. OF GA.

United States of America
v.
Tracey Tremble Morris

) Case No: 4:12CR00008-3
) USM No: 63759-019

Date of Original Judgment: February 11, 2013
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Lynne M. Fleming
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___108___ months **is reduced to** ___87___.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated February 11, 2013 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/22/15

*Judge's signature*

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*